**STATE v. JACKSON**

[349 N.C. 287 (1998)]

STATE OF NORTH CAROLINA v. DANIEL JUNIOR JACKSON

No. 126PA98

(Filed 6 November 1998)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 128 N.C. App. 626, 495 S.E.2d 916 (1998), finding no error in a jury trial resulting in a judgment entered by Stanback, J., on 31 October 1996 in Superior Court, Durham County. Heard in the Supreme Court 13 October 1998.

*Michael F. Easley, Attorney General, by Jill B. Hickey, Assistant Attorney General, for the State.*

*Mark E. Edwards for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.